```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Dale Duguay**

    v.                                    Civil No. 15-cv-520-PB
                                              Opinion No. 2017 DNH 064
**US Social Security Administration,**
**Acting Commissioner, Nancy A. Berryhill**


### O R D E R

My Memorandum and Order of March 31, 2017 shall be filed under seal because it contains sensitive medical information.  A copy of the Memorandum and Order with the sensitive medical information redacted shall be filed in the public record.

    SO ORDERED.

                                      /s/Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge


March 31, 2017

cc:  Laurie Smith Young, Esq.
     Michael T. McCormack, Esq.
     T. David Plourde, Esq.